UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>JAMARR MOORE,<br><br>        Defendant. | Case Nos. 24-mj-3057<br>           17-cr-30005 |

## **MOTION TO WITHDRAW AS COURT-APPOINTED COUNSEL**

NOW COMES Robert J. Scherschligt, Assistant Federal Public Defender, and for his Motion to Withdraw as Court-Appointed Counsel, respectfully states as follows:

1. Undersigned counsel was appointed to represent the Defendant in both of the above-captioned cases.

2. Case No. 17-cr-30005 is scheduled for a revocation hearing on June 13, 2024, 3:00 p.m., before the Honorable Sue E. Myerscough, United States District Judge.

3. Case No. 24-mj-3057 is scheduled for a detention and preliminary hearing today at 1:30 p.m. before the Honorable Karen

4. An irreconcilable breakdown in the attorney-client relationship exists between the Defendant and undersigned

counsel, which has resulted in a lack of communication and a fundamental disagreement as to the appropriate defense strategy. Additionally, the Defendant has requested that undersigned counsel withdraw from his cases.

5. Undersigned counsel believes it necessary that CJA counsel be appointed to represent the Defendant in these causes.

WHEREFORE, undersigned counsel prays this Honorable Court to schedule this cause for a hearing on his Motion to Withdraw as Court-Appointed Counsel at the first available date.

                                    Respectfully submitted,

May 1, 2024                *s/ Robert J. Scherschligt*
                                    Robert J. Scherschligt (IL Reg. No. 6216807)
                                    Assistant Federal Defender
                                    600 E. Adams St., 3rd Floor
                                    Springfield, Illinois 62701
                                    Telephone: (217) 492-5070
                                    Fax: (217) 492-5077
                                    E-mail: robert_scherschligt@fd.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic

filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*s/ Robert J. Scherschligt*